UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BARBARA E. MATHISEN,  )
                     )  CASE NO. C13-1040-RSL
    Plaintiff,       )
                     )
    v.               )
                     )  ORDER OF REMAND
CAROLYN W. COLVIN, Acting )
Commissioner of Social Security, )
                     )
    Defendant.       )
_____)

The parties filed a stipulated motion to reverse and remand this case for further administrative proceedings.  (Dkt. 16.)   It is therefore ORDERED:

(1) The Court adopts the Report and Recommendation;

(2) The Court REVERSES and REMANDS this matter for further administrative proceeding pursuant to sentence four of 42 U.S.C. § 405(g); and

(3) The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

DATED this 15th day of November, 2013.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER OF REMAND
PAGE -1